UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN AKKY,<br><br>    Plaintiff,<br><br>vs.<br><br>PHEMEX FINANCIAL PTE, LTD.; and PHEMEX TECHNOLOGY PTE, LTD.,<br><br>    Defendants | Case No. 2:21-cv-3930-SB-MRW<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL |

The parties filed a notice of settlement on September 10, 2021.

IT IS HEREBY ORDERED that the parties are to show cause why the action should not be dismissed with prejudice on November 12, 2021 at 8:30 a.m. If the parties file a proposed order to dismiss the entire action with prejudice by November 5, 2021, the OSC shall be taken off calendar without further notice. Otherwise, the parties shall file a status conference report by November 5, 2021 and appear at the OSC hearing even if they subsequently file a request for dismissal.

IT IS FURTHER ORDERED that all other hearings and deadlines are **STAYED** for 45 days. If the Court lifts the stay for failure to diligently complete the settlement or for any other reason, it will set new dates by adding the number of days stayed to the currently set dates. The parties are advised that *the Court will not continue the OSC hearing*, and they are expected to appear absent timely dismissal.

The Court generally will not continue the OSC hearing to allow for performance of the settlement terms (e.g., outstanding payments). Instead, the parties should consider filing either (1) a proposed order dismissing the action in its entirety and stating that the dismissal shall be deemed by operation of the order

to be with prejudice upon performance of specified terms (e.g., payment of an outstanding obligation); or (2) a proposed order dismissing with prejudice stating that the Court will retain jurisdiction to resolve any dispute over the failure to perform the terms of the settlement agreement.  If the parties cannot agree to dismissal, they should appear at the hearing to discuss whether the stay should be lifted.

Dated:  September 27, 2021



Stanley Blumenfeld, Jr.
United States District Judge